United States Bankruptcy Court
Central District of California

In re:                                                                                          Case No. 13-12878-RN
William B Bartz                                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: jzariC              Page 1 of 3              Date Rcvd: Feb 05, 2013
                              Form ID: b9a              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2013.
```
db          +William B Bartz,    22428 Ellinwood Drive,    Torrance, CA 90505-2126
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
33357574    +Allied Credit/Alliance One,    Attn: Bankruptcy,    Po Box 2449,    Gig Harbor, WA 98335-4449
33357575    +Bureau Of Collection R,    Attention: Bankruptcy,    7575 Corporate Way,
              Eden Prairie, MN 55344-2022
33357576    +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,
              Denver, CO 80237-3408
33357579    +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
33357580    +Court Services, LLC,    on behalf of JLS Concrete Pumping,    5001 Birch Street,
              Newport Beach, CA 92660-2116
33357581    +ER Solutions,    Po Box 9004,    Renton, WA 98057-9004
33357582    +Eric Engstrom,    C/O Scott J. Russo,    Russo & Duckworth, LLP,    9090 Irvine Center Drive, 2nd FL,
              Irvine, CA 92618-4658
33357583    +Hcc Surety,    601 S Figueroa St Ste 16,    Los Angeles, CA 90017-5721
33357584    +Hitchcock, Bowman & Schachter,    21515 Hawthorne Blvd.,    Suite 1030,    Torrance, CA 90503-6579
33357587    +Jeanette E. Delangis,    30765 Pacific Coast Hwy, #217,    Malibu, CA 90265-3643
33357589    +M Leonard & Associates,    Po Box 2339,    Van Nuys, CA 91404-2339
33357590    +Mandarich Law Group, LLP,    Ryan E. Voss,    6301 Owensmouth Avenue,
              Woodland Hills, CA 91367-2216
33357591    +Medicredit Corporation,    1801 California Ave,    Corona, CA 92881-7251
33357594    +Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
33357595    +Premier Monetary Solut,    9245 Dowdy Dr Ste 219,    San Diego, CA 92126-6389
33357596    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
33357597    +Staniscccontr,    914 14th St,    Modesto, CA 95354-1011
33357599    +Superior Court of California,    County of Los Angeles,    Santa Monica Courthouse,
              1725 Main Street,    Santa Monica, CA 90401-3274
33357598    +Superior Court of California,    County of Los Angeles - Southwest,    Torrance Courthouse,
              825 Maple Avenue,    Torrance, CA 90503-5058
33357600    +Superior Court of California,    County of Los Angeles,    Malibu Courthouse,
              23525 Civic Center Way,    Malibu, CA 90265-4882
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: cronenwethlaw@yahoo.com Feb 06 2013 03:48:42      Christie L Cronenweth,
              3655 Torrance Blvd, 3rd Flr,    Torrance, CA  90503
tr          +EDI: QBDKRASNOFF.COM Feb 06 2013 03:38:00      Brad D Krasnoff (TR),
              221 N. Figueroa Street, Suite 1200,    Los Angeles, CA 90012-2663
smg          EDI: EDD.COM Feb 06 2013 03:43:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Feb 06 2013 03:38:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
33357573    +EDI: AFNIRECOVERY.COM Feb 06 2013 03:38:00      Afni,    Attention: Bankruptcy,
              1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
33357577    +E-mail/Text: bankruptcy@cavps.com Feb 06 2013 03:59:37      Calvary Portfolio Services,
              Attention:  Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
33357578    +EDI: CITICORP.COM Feb 06 2013 03:38:00      Citibank Usa,    Citicorp Credit Services,
              Po Box 20507,    Kansas City, MO 64195-0507
33357585    +EDI: HFC.COM Feb 06 2013 03:38:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
33357586     EDI: IRS.COM Feb 06 2013 03:38:00      Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
33357588    +EDI: RESURGENT.COM Feb 06 2013 03:38:00      Lvnv Funding Llc,    Po Box 740281,
              Houston, TX 77274-0281
33357592    +EDI: MID8.COM Feb 06 2013 03:38:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
33357593    +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 06 2013 03:58:59      NCO Financial Systems,
              Po Box 15270,    Wilmington, DE 19850-5270
33357596    +EDI: DRIV.COM Feb 06 2013 03:38:00      Santander Consumer Usa,    Po Box 961245,
              Ft Worth, TX 76161-0244
33357601     EDI: TFSR.COM Feb 06 2013 03:38:00      Toyota Motor Credit Co,    Toyota Financial Services,
              Po Box 8026,    Cedar Rapids, IA 52408
                                                                                              TOTAL: 14
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2          User: jzariC              Page 2 of 3            Date Rcvd: Feb 05, 2013
                              Form ID: b9a              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2013**               **Signature:** _Joseph Speetjens_

```
District/off: 0973-2              User: jzariC            Page 3 of 3                  Date Rcvd: Feb 05, 2013
                                  Form ID: b9a           Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2013 at the address(es) listed below:
          Brad D Krasnoff (TR)   mcdaniel@lbbslaw.com,  bkrasnoff@ecf.epiqsystems.com
          Christie L Cronenweth   on behalf of Debtor William Bartz cronenwethlaw@yahoo.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                                                                  TOTAL: 3

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)

# UNITED STATES BANKRUPTCY COURT       Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 2, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>William B Bartz<br>22428 Ellinwood Drive<br>Torrance, CA 90505 | **Case Number:**<br>**2:13–bk–12878–RN** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–2340 |
| Attorney for Debtor(s) (name and address):<br>Christie L Cronenweth<br>3655 Torrance Blvd, 3rd Flr<br>Torrance, CA 90503<br>Telephone number:  424–247–1155 | Bankruptcy Trustee (name and address):<br>Brad D Krasnoff (TR)<br>221 N. Figueroa Street, Suite 1200<br>Los Angeles, CA 90012<br>Telephone number:  (213) 250–1800 |

### Meeting of Creditors:

Date:  **March 4, 2013**                                   Time:  **02:30 PM**
Location:  **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: May 3, 2013**
    **Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  213–894–3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  February 5, 2013 |
| **(Form rev. 12/12:341–B9A)** | / |

## EXPLANATIONS   B9A (Official Form 9A)(12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**   You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

−− **Refer to Other Side for Important Deadlines and Notices** −−