| | |
|---|---|
| REQUESTOR'S NAME: | Christie L. Cronenweth 249506 |
| ADDRESS: | 3655 Torrance Blvd., 3rd Floor<br>Torrance, CA 90503 |
| TELEPHONE NO.: | (424) 247-1155 Fax: (424) 247-1156 |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>William B Bartz | CASE NO.: 2:13-bk-12878<br>Chapter 7 ☒   11 ☐   13 ☐<br>**CHANGE OF ADDRESS**<br>☒ DEBTOR<br>☐ CREDITOR   **CHECK ONLY ONE** |
|---|---|

(Please print or type)

NAME: William Bartz

NEW MAILING ADDRESS: 2327 Vallecitos

La Jolla, CA 92037

Dated: 03/07/2013

*[Signature]*
Signature

Attorney for Debtor
Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 04/10

| In re: William B. Bartz | CHAPTER 7 |
|---|---|
| Debtor: | CASE NUMBER 2:13-bk-12878 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**216 E. Imperial Avenue, #2, El Segundo, CA 90245**

A true and correct copy of the foregoing document described __CHANGE OF ADDRESS__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __03/07/2013__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____03/07/2013_____ I served the following person(s) and/or entity(ies) at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, overnight mail, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/07/2013 | Stacy Jones | /s/ signature |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1 PROOF OF SERVICE**

| In re: William B. Bartz | CHAPTER 7 |
|---|---|
| Debtor: | CASE NUMBER 2:13-bk-12878 |
| | |

ADDITIONAL SERVICE INFORMATION (if needed):

*Judge*                                         *(Served by U.S. Mail, Postage Pre-Paid, First Class)*
**Honorable Richard Neiter**
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012


*Trustee*                                         *(Served by U.S. Mail, Postage Pre-Paid, First Class)*
**Brad D Krasnoff (TR)**
221 N. Figueroa Street, Suite 1200
Los Angeles, CA 90012


*Court*                                         *(Served by U.S. Mail, Postage Pre-Paid, First Class)*
**United States Bankruptcy Court - Central District of California**
Edward R. Roybal Federal Building and Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
ATTENTION: INTAKE

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1 PROOF OF SERVICE**