United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 13-12878-RN
William B Bartz                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin               Page 1 of 3              Date Rcvd: May 13, 2013
                              Form ID: b18              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2013.
```
db          +William B Bartz,    2327 Vallecitos,    La Jolla, CA 92037-3144
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
33357574    +Allied Credit/Alliance One,    Attn: Bankruptcy,    Po Box 2449,    Gig Harbor, WA 98335-4449
33357576    +Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
              Denver, CO 80237-3408
33357579    +Cmre Financial Services Inc,    3075 E Imperial Hwy,    Suite 200,    Brea, CA 92821-6753
33357580    +Court Services, LLC,    on behalf of JLS Concrete Pumping,    5001 Birch Street,
              Newport Beach, CA 92660-2116
33357581    +ER Solutions,    Po Box 9004,    Renton, WA 98057-9004
33357582    +Eric Engstrom,    C/O Scott J. Russo,    Russo & Duckworth, LLP,    9090 Irvine Center Drive, 2nd FL,
              Irvine, CA 92618-4658
33357583    +Hcc Surety,    601 S Figueroa St Ste 16,    Los Angeles, CA 90017-5721
33357584    +Hitchcock, Bowman & Schachter,    21515 Hawthorne Blvd.,    Suite 1030,    Torrance, CA 90503-6579
33357587    +Jeanette E. Delangis,    30765 Pacific Coast Hwy, #217,    Malibu, CA 90265-3643
33357589    +M Leonard & Associates,    Po Box 2339,    Van Nuys, CA 91404-2339
33357590    +Mandarich Law Group, LLP,    Ryan E. Voss,    6301 Owensmouth Avenue,
              Woodland Hills, CA 91367-2216
33357591    +Medicredit Corporation,    1801 California Ave,    Corona, CA 92881-7251
33357594    +Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
33357595    +Premier Monetary Solut,    9245 Dowdy Dr Ste 219,    San Diego, CA 92126-6389
33357596    +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
33357597    +Stanisccontr,    914 14th St,    Modesto, CA 95354-1011
33357599    +Superior Court of California,    County of Los Angeles,    Santa Monica Courthouse,
              1725 Main Street,    Santa Monica, CA 90401-3274
33357598    +Superior Court of California,    County of Los Angeles - Southwest,    Torrance Courthouse,
              825 Maple Avenue,    Torrance, CA 90503-5058
33357600    +Superior Court of California,    County of Los Angeles,    Malibu Courthouse,
              23525 Civic Center Way,    Malibu, CA 90265-4882

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QBDKRASNOFF.COM May 14 2013 14:00:00       Brad D Krasnoff (TR),
              221 N. Figueroa Street, Suite 1200,    Los Angeles, CA 90012-2663
smg          EDI: EDD.COM May 14 2013 14:00:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM May 14 2013 14:00:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
33357573    +EDI: AFNIRECOVERY.COM May 14 2013 14:00:00      Afni,    Attention: Bankruptcy,
              1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
33357575    +EDI: BCTN.COM May 14 2013 14:00:00      Bureau Of Collection R,    Attention: Bankruptcy,
              7575 Corporate Way,    Eden Prairie, MN 55344-2022
33357576    +EDI: STFC.COM May 14 2013 14:00:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
              4340 South Monaco St.  2nd Floor,    Denver, CO 80237-3408
33357577    +E-mail/Text: bankruptcy@cavps.com May 14 2013 06:40:45      Calvary Portfolio Services,
              Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
33357578    +EDI: CITICORP.COM May 14 2013 14:00:00      Citibank Usa,    Citicorp Credit Services,
              Po Box 20507,    Kansas City, MO 64195-0507
33357581    +EDI: CONVERGENT.COM May 14 2013 14:00:00      ER Solutions,    Po Box 9004,    Renton, WA 98057-9004
33357585    +EDI: HFC.COM May 14 2013 14:00:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
33357586     EDI: IRS.COM May 14 2013 14:00:00      Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
33357588    +EDI: RESURGENT.COM May 14 2013 14:00:00      Lvnv Funding Llc,    Po Box 740281,
              Houston, TX 77274-0281
33357592    +EDI: MID8.COM May 14 2013 14:00:00      Midland Funding,    8875 Aero Dr Ste 200,
              San Diego, CA 92123-2255
33357593    +E-mail/Text: bankruptcydepartment@ncogroup.com May 14 2013 06:13:34      NCO Financial Systems,
              Po Box 15270,    Wilmington, DE 19850-5270
33357596    +EDI: DRIV.COM May 14 2013 14:00:00      Santander Consumer Usa,    Po Box 961245,
              Ft Worth, TX 76161-0244
33357601     EDI: TFSR.COM May 14 2013 14:00:00      Toyota Motor Credit Co,    Toyota Financial Services,
              Po Box 8026,    Cedar Rapids, IA 52408
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-2           User: admin                Page 2 of 3              Date Rcvd: May 13, 2013
                               Form ID: b18               Total Noticed: 34

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0973-2          User: admin              Page 3 of 3           Date Rcvd: May 13, 2013
                              Form ID: b18             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
        Avi  Schild    on behalf of Interested Party   Courtesy NEF bk@atlasacq.com
        Brad D Krasnoff (TR)    mcdaniel@lbbslaw.com,  bkrasnoff@ecf.epiqsystems.com
        Christie L Cronenweth    on behalf of Debtor William B Bartz cronenwethlaw@yahoo.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                    TOTAL: 4

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**  
William B Bartz

**BANKRUPTCY NO.** 2:13−bk−12878−RN

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2340  
**Employer Tax−Identification (EIN) No(s).(if any):** N/A  
**Debtor Discharge Date:** 5/13/13

**Address:**  
2327 Vallecitos  
La Jolla, CA 92037

    It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: May 13, 2013

**Kathleen J. Campbell**  
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

(Form b18−DIS Rev. 12/2011) VAN−30

11 / MS

Case 2:13-bk-12878-RN    Doc 12    Filed 05/15/13    Entered 05/16/13 01:07:31    Desc
Imaged Certificate of Notice    Page 5 of 5

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.